Anthony M. Barnes (Bar No. 199048)
Email: amb@atalawgroup.com
Kenya Rothstein (Bar No. 340854)
Email: ksr@atalawgroup.com
Aqua Terra Aeris Law Group
8 Rio Vista Ave.
Oakland, CA 94611
T: (917) 371-8293

Benjamin Harris (Bar No. 313193)
Email: ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E. 2nd Street, Suite 250
Los Angeles, CA 90012
Phone: (310) 394-6162

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association,<br><br>  Plaintiff,<br><br>  v.<br><br>SHIP & SHORE ENVIRONMENTAL, INC., a Nevada Corporation; ANOOSHEH MOSTAFAEI, individually and as a corporate officer,<br><br>  Defendants. | Case No. 2:23-cv-09202-AH-MAR<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |

PLEASE TAKE NOTICE that the parties have reached a tentative settlement in this proceeding. Their agreement is reflected in the proposed Consent Decree attached to this notice as "Exhibit A," which has been executed by Plaintiff Los Angeles Waterkeeper and the Defendants. A copy of the fully executed proposed Consent Decree was sent to the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") for a 45-day review period as required under section 135.5 of Title 40 of the Code of Federal Regulations. Plaintiff previously provided the Court with the written notice of commencement of the 45-day review period. On May 5, 2025, the United States Department of Justice notified Plaintiff via electronic mail that the United States does not object to the Court's entry of the Consent Decree into judgment. As the Agencies have indicated that they have no objection to entry, the Court may enter the [Proposed] Consent Decree once Plaintiff submits the proposed Consent Decree for consideration and approval by this Court.

Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

DATED: May 19, 2025

　　　　　　　　　　　　　　　　　　 s/ *Anthony M. Barnes*
　　　　　　　　　　　　　　　　　　Anthony M. Barnes
　　　　　　　　　　　　　　　　　　Kenya S. Rothstein
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　LOS ANGELES WATERKEEPER